# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICHARD SAZONOFF, on behalf of himself and others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) **CIVIL ACTION** ) **CASE NO. 6:21-cv-01142-DDC-KGG** ) |
| **v.** | ) ) |
| **NATIONAL CREDIT ADJUSTERS, LLC,** | ) ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

Richard Sazonoff ("Plaintiff") notifies this Court that he has reached an agreement with Defendant National Credit Adjusters, LLC to resolve his claims in this matter. Plaintiff requests that this Court vacate all case deadlines to allow the parties 30 days within which to finalize the terms of their settlement agreement, after which the parties will file a stipulation of dismissal.

Dated this 7th day of September, 2021.

/s/ *Tony LaCroix*
Tony LaCroix
Reg. Number: 24279
LaCroix Law Firm LLC
1600 Genessee, Suite 956
Kansas City, MO 64102
Tel: (816) 399-4380
tony@lacroixlawkc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, I filed a copy of the foregoing with the Court using the Clerk of Court's CM/ECF system, which will send electronic notice to all counsel of record:

Anna Wlodek Moncrief

amoncrief@mcdowellrice.com

Louis J. Wade
lwade@mcdowellrice.com

/s/ *Tony LaCroix*